

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

May 2, 2022

<u>**BY ECF**</u>

Honorable Lois H. Goodman, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

        Re:     **Aerie Pharmaceuticals, Inc., et al. v Micro Labs Limited, et al.**
                **Civil Action No. 22 CV 1365 (GC)(LHG)**

Dear Judge Goodman:

       This firm, together with Katten Muchin Rosenman LLP, represents Defendants, Micro Labs Limited and Micro Labs USA, Inc. ("Micro Labs") in the above-referenced matter. Pursuant to Your Honor's preferences with respect to *pro hac vice* applications on consent, enclosed please find a copy of the following:

1.    Declaration of James S. Richter in support of application for admission of counsel *pro hac vice*.

2.    Declaration of Deepro R. Mukerjee.

3.    Declaration of Lance A. Soderstrom.

4.    Declaration of Jitendra Malik, PhD.

5.    Declaration of Joseph M. Janusz.

6.    Declaration of Rachel L. Schweers.

7.    Proposed form of Order granting admission of counsel *pro hac vice*.


T. 908.626.0622
F. 908.626.0322

www.midlige-richter.com
info@midlige-richter.com


645 Martinsville Road
Basking Ridge, NJ 07920

Honorable Lois H. Goodman, U.S.M.J.                          May 2, 2022
                                                             Page 2


    Plaintiffs' counsel has consented to this application and the *pro hac vice* admission of counsel. If the enclosed proposed form of Order is acceptable to Your Honor, we respectfully request that it be entered.

    We thank Your Honor for your consideration of this request.  Should Your Honor have any questions, we are available at your convenience.

                    Respectfully submitted,

                    s/ James S. Richter

                    James S. Richter


Cc: All Counsel of Record (w/enc.)(by ECF)

