

**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

May 3, 2022

**VIA ECF**
Hon. Lois H Goodman, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   *Aerie Pharmaceuticals, Inc., et al. v. Micro Labs Limited, et al.*
      **Civil Action No.: 3:22-cv-01365 (MAS-LHG)**

Dear Judge Goodman:

This firm, together with Venable LLP, represents Plaintiffs Aerie Pharmaceuticals, Inc. and Aerie Distribution, Inc. (collectively, "Plaintiffs") in the above-captioned matter. Pursuant to Your Honor's preferences with respect to *pro hac vice* admissions, enclosed please find an application for the *pro hac vice* admission of Benjamin C. Hsing, William E. Solander, and Katherine E. Adams of the law firm of Venable LLP in this matter. Counsel for Defendants consents to this application.

The following documents are enclosed in support of the application:

- Certification of Benjamin C. Hsing;
- Certification of William E. Solander;
- Certification of Katherine E. Adams;
- Supporting Certification of Liza M. Walsh; and
- Proposed Consent Order.

Should the enclosed proposed form of Order meet with Your Honor's approval, we respectfully request that it be endorsed and entered on the docket. Of course, should Your Honor or Your Honor's staff have any questions regarding the within informal application, we are always available.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

Enclosures
cc:   All Counsel of Record (via ECF & email)